NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RODERICK MULLINS,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D18-2565
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____)

Opinion filed January 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; William D. Sites,
Judge.

Roderick Mullins, pro se.


PER CURIAM.


            Affirmed.  See Ratliff v. State, 914 So. 2d 938 (Fla. 2005); Bizzell v. State,

912 So. 2d 386 (Fla. 2d DCA 2005); Enriquez v. State, 885 So. 2d 892 (Fla. 3d DCA

2004).



CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.